| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | IAN N. FEINBERG (SBN 88324) |
| 2 |   ifeinberg@mayerbrown.com |
| | JOSEPH MELNIK (SBN 255601) |
| 3 |   jmelnik@mayerbrown.com |
| | ERIC B. EVANS (SBN 232476) |
| 4 |   eevans@mayerbrown.com |
| | CLIFF MAIER (SBN 248858) |
| 5 |   cmaier@mayerbrown.com |

MAYER BROWN LLP
IAN N. FEINBERG (SBN 88324)
  ifeinberg@mayerbrown.com
JOSEPH MELNIK (SBN 255601)
  jmelnik@mayerbrown.com
ERIC B. EVANS (SBN 232476)
  eevans@mayerbrown.com
CLIFF MAIER (SBN 248858)
  cmaier@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Plaintiff
SOCIETY FOR WORLDWIDE INTERBANK
FINANCIAL TELECOMMUNICATION
SCRL d/b/a SWIFT, a Belgian Limited Liability
Cooperative Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT** CV 08 5139

| | |
|---|---|
| SOCIETY FOR WORLDWIDE INTERBANK FINANCIAL TELECOMMUNICATION SCRL d/b/a SWIFT, a Belgian Limited Liability Cooperative Company,<br><br>        Plaintiff,<br><br>  v.<br><br>NETWORK SIGNATURES, INC., a California Corporation,<br><br>        Defendant. | Case No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(CIVIL L.R. 3-16) |

44050846.1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Society for Worldwide Interbank Financial Telecommunication SCRL d/b/a SWIFT and its members

SWIFT is a limited liability cooperative company with numerous members.

Dated: November 12, 2008

MAYER BROWN LLP
IAN N. FEINBERG

By: *Ian M. Feinberg*
Ian N. Feinberg
Attorneys for Plaintiff
Society for Worldwide Interbank Financial Telecommunication SCRL., a Belgian Limited Liability Cooperative Company

44050846.1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS