1  Peter R. Afrasiabi (Bar No. 193336)
   Christopher W. Arledge (Bar No. 200767)
2  TURNER GREEN AFRASIABI & ARLEDGE LLP
   535 Anton Boulevard, Suite 850
3  Costa Mesa, California 92626
   Telephone:  (714) 434-8750
4  Facsimile:   (714) 434-8756

5  Attorneys for Defendant Network Signatures, Inc.

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOCIETY FOR WORLDWIDE INTERBANK FINANCIAL TELECOMMUNICATION SCRL d/b/a SWIFT, a Belgian Limited Liability Cooperative Company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NETWORK SIGNATURES, INC., a California corporation,<br><br>　　　　Defendants. | Case No. CV 08-5139 MEJ<br><br>**STIPULATION CONTINUING DATE FOR RESPONSIVE PLEADING**<br><br>Current Date:　　12/02/08<br><br>Proposed Date:　　12/09/08 |

21  ///
22  ///
23  ///

13992.1

1

**STIPULATION**

The parties through their undersigned counsel hereby stipulate to move the date for Defendant's responsive pleading from December 2, 2008, to December 9, 2008.

Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.

Dated:  December 1, 2008    **TURNER GREEN AFRASIABI & ARLEDGE LLP**


By:   /s/ Peter R. Afrasiabi
      Peter R. Afrasiabi, Esq.
      Attorneys for Defendant Network Signatures. Inc.


Dated: December 1, 2008    **MAYER BROWN LLP**


By:  /s/Eric B. Evans
     Eric B. Evans, Esq.
     Attorneys for Plaintiff SWIFT

13992.1

2
**STIPULATION**