Peter R. Afrasiabi (Bar No. 193336)
Christopher W. Arledge (Bar No. 200767)
TURNER GREEN AFRASIABI & ARLEDGE LLP
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone:  (714) 434-8750
Facsimile:   (714) 434-8756

Attorneys for Defendants Network Signatures, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIETY FOR WORLDWIDE INTERBANK FINANCIAL TELECOMMUNICATION SCRL d/b/a SWIFT, a Belgian Limited Liability Cooperative Company,<br><br>      Plaintiff,<br><br>v.<br><br>NETWORK SIGNATURES, INC., a California corporation,<br><br>      Defendants. | Case No. CV 08-5139 MEJ<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

1.      Defendant Network Signatures, Inc. is the plaintiff in six patent-infringement lawsuits currently pending in the Central District of California.  Case Numbers SACV 08-00777 JVS (RNBx), SACV 08-00779 JVS (RNBx), SACV 08-00776 JVS (RNBx), SACV 08-00775 JVS (RNBx), SACV 08-00718 DOC (RNBx), SACV 08-06429 GAF (AJWx).

2.      United States District Court for the Central District of California, Southern Division.

3.      (A)     According to Plaintiff SWIFT's complaint in this action, it seeks declaratory relief against Network Signatures, in part, because Network Signatures has sued or threatened to sue certain of SWIFT's customers, and those customers have sought

14040.1

1  indemnity from SWIFT. Network Signatures has reason to believe that one of more of
2  those customers are defendants in the actions pending in the Central District of California.
3     (B)   This matter should be dismissed for improper venue or transferred to the
4  Central District as set forth in the concurrently filed Motion to Dismiss for Improper Venue
5  or Transfer to Central District.

7  Dated: December 9, 2008          **TURNER GREEN AFRASIABI & ARLEDGE LLP**

              By:   /s/ Peter R. Afrasiabi
                    Peter R. Afrasiabi, Esq.
                    Attorneys for Defendant Network Signatures. Inc.

14040.1                                    2