| | |
|---|---|
| 1 | MAYER BROWN LLP |
| 2 | IAN N. FEINBERG (SBN 88324)<br>  ifeinberg@mayerbrown.com |
| 3 | JOSEPH MELNIK (SBN 255601)<br>  jmelnik@mayerbrown.com |
| 4 | ERIC B. EVANS (SBN 232476)<br>  eevans@mayerbrown.com |
| 5 | CLIFF MAIER (SBN 248858)<br>  cmaier@mayerbrown.com |
| 6 | TWO PALO ALTO SQUARE, SUITE 300<br>3000 EL CAMINO REAL |
| 7 | PALO ALTO, CA  94306-2112<br>TELEPHONE:        (650) 331-2000 |
| 8 | FACSIMILE:         (650) 331-2060 |

ATTORNEYS FOR PLAINTIFF
SOCIETY FOR WORLDWIDE INTERBANK FINANCIAL TELECOMMUNICATION
SCRL d/b/a SWIFT, a Belgian Limited Liability Cooperative Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SOCIETY FOR WORLDWIDE INTERBANK FINANCIAL TELECOMMUNICATION SCRL d/b/a SWIFT, a Belgian Limited Liability Cooperative Company,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK SIGNATURES, INC., a California Corporation,<br><br>          Defendant. | Case No. 08-CV-5139 MHP<br><br>**[PROPOSED] ORDER GRANTING SWIFT'S MOTION TO STRIKE OR, IN THE ALTERNATIVE, DENYING NETWORK SIGNATURES INC.'S MOTION TO DISMISS FOR IMPROPER VENUE OR TRANSFER** |

[PROPOSED] ORDER GRANTING SWIFT'S MOTION TO STRIKE
OR DENYING NSI'S MOTION TO DISMISS OR TRANSFER -
CASE NO. 08-CV-5139 MHP

44052326

## [PROPOSED] ORDER

Plaintiff Society for Worldwide Interbank Financial Telecommunication SCRL d/b/a SWIFT's Motion to Strike or, and in the Alternative Opposition to, Network Signatures Inc.'s ("NSI") Motion to Dismiss for Improper Venue or Transfer ("Motion") came on regularly for hearing before this Court on Monday, March 9, 2009:

Having considered the parties' briefs and evidence in support of and in opposition to these motions, the arguments of counsel, the file in this case, and other matters of which the Court may take judicial notice, the Court:

(1) [GRANTS SWIFT's Motion];

(2) [ORDERS NSI's Motion to Dismiss for Improper Venue or Transfer STRICKEN from the record for failure to comply with this Court's standing orders]; and

(3) [ORDERS NSI to file an answer no later than _____, 2009].

[OR]

(1) [DENIES NSI's Motion to Dismiss for Improper Venue or Transfer]; and

(2) [ORDERS NSI to file an answer no later than _____, 2009].

IT IS SO ORDERED.

Dated: _____

Hon.  Marilyn H. Patel
U.S. District Judge

[PROPOSED] ORDER GRANTING SWIFT'S MOTION TO STRIKE OR DENYING NSI'S MOTION TO DISMISS OR TRANSFER - CASE NO. 08-CV-5139 MHP

44052326