Peter R. Afrasiabi (Bar No. 193336)
TURNER GREEN AFRASIABI & ARLEDGE LLP
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone:   (714) 434-8750
Facsimile:    (714) 434-8756

Attorneys for Defendants Network Signatures, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIETY FOR WORLDWIDE INTERBANK FINANCIAL TELECOMMUNICATION SCRL d/b/a SWIFT, a Belgian Limited Liability Cooperative Company,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK SIGNATURES, INC., a California corporation,<br><br>Defendants. | Case No. CV 08-5139 MHP<br><br>**JOINT NOTICE OF SETTLEMENT** |

///

///

///

14449.1

NOTICE OF SETTLEMENT

1

1  The parties, through their undersigned counsel, believe they have settled the case,
2  have agreed on monetary terms and have agreed on most (if not all) non-monetary terms.
3  They are in the process of finalizing the few remaining provisions of the settlement
4  document. The parties expect to have a notice of dismissal filed within 2 weeks, and
5  request the Court to remove the pending motion to dismiss or transfer from the Court's
6  March 30, 2009 calendar.

Dated: March 17, 2009          **TURNER GREEN AFRASIABI & ARLEDGE LLP**

By:  /s/ Peter R. Afrasiabi
     Peter R. Afrasiabi, Esq.
     Attorneys for Defendant Network Signatures. Inc.

Dated: March 17, 2009          **MAYER BROWN LLP**

By:  /s/ Ian Feinberg
     Ian Feinberg, Esq.
     Attorneys for Society for Worldwide Interbank
     Financial Telecommunication SCRL d/b/a SWIFT

14449.1

2

**NOTICE OF SETTLEMENT**