1  MAYER BROWN LLP
   IAN N. FEINBERG (SBN 88324)
2    ifeinberg@mayerbrown.com
   ERIC B. EVANS (SBN 232476)
3    eevans@mayerbrown.com
   CLIFF MAIER (SBN 248858)
4    cmaier@mayerbrown.com
   Two Palo Alto Square, Suite 300
5  3000 El Camino Real
   Palo Alto, CA  94306-2112
6  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
7
   Attorneys for Plaintiff
8  SOCIETY FOR WORLDWIDE INTERBANK
   FINANCIAL TELECOMMUNICATION
9  SCRL d/b/a SWIFT, a Belgian Limited Liability
   Cooperative Company
10

11                    **UNITED STATES DISTRICT COURT**

12                         **NORTHERN DISTRICT**

13                        **SAN FRANCISCO DIVISION**

14
   SOCIETY FOR WORLDWIDE INTERBANK         Civil Action No. C 08-5139 MHP
15 FINANCIAL TELECOMMUNICATION
   SCRL d/b/a SWIFT, a Belgian Limited
16 Liability Cooperative Company,
                                           **NOTICE OF DISMISSAL WITH
17              Plaintiff,                 PREJUDICE PURSUANT TO RULE
                                           41(a)(1)(A)(i)**
18         v.

19 NETWORK SIGNATURES, INC., a California
   Corporation,
20
                Defendant.
21
        Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Society for
22
   Worldwide Interbank Financial Telecommunication SCRL d/b/a SWIFT  hereby dismisses its
23
   complaint against defendant Network Signatures, Inc. ("NSI") with prejudice pursuant to
24
   settlement.
25
   ////
26
   ////
27
   ////
28

                                                       NOTICE OF DISMISSAL WITH PREJUDICE
                                                                  CASE NO. C08 5139 MHP
   44054315

1     Each party shall bear its own legal expenses, including without limitation, attorneys' fees and costs.

May 14, 2009                                      MAYER, BROWN, ROWE & MAW LLP

By: /s/
Ian N. Feinberg
Attorneys for Plaintiff
SOCIETY FOR WORLDWIDE INTERBANK
FINANCIAL TELECOMMUNICATION
SCRL d/b/a SWIFT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel

-2-

NOTICE OF DISMISSAL WITH PREJUDICE
CASE NO. C08 5139 MHP